IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETH A. WALSH, | Civil Action No. 06-341 |
| Plaintiff, | |
| v. | Judge Lancaster<br>Magistrate Judge Lenihan |
| PIZZA HUT, INC., PIZZA HUT OF AMERICA, INC. and YUM BRANDS CORP., | **ELECTRONICALLY FILED** |
| | JURY TRIAL DEMANDED |
| Defendants. | |

## ORDER OF COURT

AND NOW, this _____ 27th _____ day of April, 2006, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Dismiss is GRANTED in order for her to pursue her claims against all three Defendants in arbitration.

BY THE COURT

_____ J.